**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DENISE REITER,<br><br>      Plaintiff,<br><br>      v.<br><br>PNC BANK, N.A.,<br><br>      Defendant. | Civil Action No. 1:21-CV-3457<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey T. Gilbert |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Denise Reiter and Defendant PNC Bank, N.A. hereby agree to the dismissal of this case with prejudice. Each party shall bear her and its own attorney's fees and costs.

AGREED TO BY:

| PLAINTIFF<br>DENISE REITER<br><br>*/s/ Cynthia Pietrucha*<br><br>Cynthia Pietrucha<br>Pietrucha Law Firm, LLC<br>1717 N. Naper Blvd, Suite 200<br>Naperville, IL 60563<br>(630) 806-8610<br>cpietrucha@pietruchalaw.com | DEFENDANT<br>PNC BANK, N.A.<br><br>*/s/ Mona Smith*<br><br>Katherine Mendez<br>kmendez@seyfarth.com<br>Mona Smith<br>mlsmith@seyfarth.com<br>Seyfarth Shaw LLP<br>233 S. Wacker Dr., Suite 8000<br>Chicago, IL 60606<br>(312) 460-5132 |

## **CERTIFICATE OF SERVICE**

  I certify that the foregoing was hereby filed electronically on this 28th day of June, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt. Parties and their counsel may access this filing through the Court's system.

               */s/ Mona L. Smith*
               One of the Attorneys for Defendant
               PNC BANK, N.A.